AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JOHN A. SCHAFER,

     Plaintiff,

V.

SAFEWAY STORES, INC., a Delaware corporation,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00299-BES-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss ( Dkt #2 ) is GRANTED. Plaintiff's Motion for Order Granting Leave to Serve and File Amended Complaint ( Dkt #13 ) is DENIED.

   February 4, 2009                                                 **LANCE S. WILSON**
                                                                                 Clerk

                                                                               /s/ P. McDonald
                                                                                Deputy Clerk